JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK A. SERRANO, | Case No. 5:24−cv−00562−JGB (SPx) |
| Plaintiff, | [Complaint Filed:  Feb. 7, 2024] [Hon. Jesus G. Bernal] |
| vs. | |
| USAA GENERAL INDEMNITY COMPANY, | ORDER OF DISMISSAL |
| Defendants. | |

Pursuant to the Parties' stipulation under Federal Rule of Civil Procedure 41(a)(1)(ii), and good cause appearing, IT IS HEREBY ORDERED that the above-captioned action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: July 9, 2024     By:_____

Hon. Jesus G. Bernal
United Staes District Judge